IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY J. SMITH, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 07-408-JJF |
| THOMAS L. CARROLL, Warden, and ATTORNEY GENERAL OF THE STATE OF DELAWARE, | ) |
| Respondents. | ) |



**AEDPA ELECTION FORM**

1. ✓ Yes   I wish the Court to rule on my § 2254 petition as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2.  NO   I wish to amend my § 2254 petition to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

3. NO   I wish to withdraw my § 2254 petition without prejudice to file one all-inclusive petition in the future; that is, one that raises all the grounds I have for

federal habeas corpus relief. I realize this all-inclusive petition must be filed within the one-year period as defined by 28 U.S.C. § 2244(d). See Swartz v. Meyers, 204 F.3d 417 (3d Cir. 2000).

4. *false (NO)* I am not seeking federal habeas corpus relief under § 2254. I am instead seeking relief under _____.

*Harry James Smith* 7/12/07
Petitioner

I/M Harry J. Smith
SBI# 154166  UNIT S-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
13 JUL 2007 PM 2 L

Office of the Clerk
United States District Ct.
844 N. King Street Lockerbox 18
Wilmington, Delaware
19801-3570