D.I. # _____

## CIVIL ACTION
## NUMBER: _____ 07cv 408 JJF _____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

| U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT (Domestic Mail Only; No Insurance Coverage Provided) | |
|---|---|
| Postage | $ 1.48 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.28 |
| Sent To | LOREN MEYERS  07cv408JJF |
| Street, Apt. No.; or PO Box No. | DEPUTY ATTORNEY GENERAL DEPARTMENT OF JUSTICE 820 N. FRENCH STREET |
| City, State, ZIP+4 | WILMINGTON, DE 19801 |

Article Number: 7005 1820 0004 3169 7142

Postmark: WILMINGTON, DE 19801, JUL 2007