D.I. # _____

# CIVIL ACTION
# NUMBER: _____ 07CV 408 JJF_____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

```
U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

            OFFICIAL USE

Postage                              $  1.48
Certified Fee                           2.45
Return Receipt Fee                      2.15
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees                 $  6.28

Sent To      WARDEN TOM CARROLL
             DELAWARE CORRECTIONAL CENTER
Street, Apt. No.;  1181 PADDOCK RD.       07cv408JJF
or PO Box No.
City, State, ZIP+4  SMYRNA, DE 19977

PS Form 3800, June 2002          See Reverse for Instructions
```

Article number: 7005 1820 0004 3169 7135