United States District Court

For the District of Delaware



## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. 07cv408 JJF

Attached below is a return receipt card reflecting proof of service
upon the named party on the date show.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _____ ☐ Agent / ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br><br>LOREN MEYERS<br>DEPUTY ATTORNEY GENERAL<br>DEPARTMENT OF JUSTICE<br>820 N. FRENCH STREET<br>WILMINGTON, DE 19801 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) 7005 1820 0004 3169 7142 | 07 CV 408 JJF |
| PS Form 3811, August 2001  Domestic Return Receipt | 102595-02-M-1540 |

FILED AUG 2 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

Scanned



Home | Help

**Track & Confirm**

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 1820 0004 3169 7142**
Status: **Delivered**

Your item was delivered at 11:19 AM on July 30, 2007 in WILMINGTON, DE 19801.

( Additional Details > ) ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

POSTAL INSPECTORS    site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust            Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy