Inmate-Harry J. Smith.
Delaware Correctional Ct.
SBI# 154166.
D-West Unit:                    Civ. Act. No. 07-408-JJF

5/8/08

FILED
MAY 20 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Honorable Judge Joseph J. Farnan Jr. I am writing to you in reference to a rule 35A Correction of sentence motion that I appealed in Superior Court back in April of 2007, there was three extensions tooken by the attorney General for the state of Delaware Joseph R. Biden, III and the 3rd extension deadline was set for December 17th or 19th of 2007, however I have heard anything back from you or the state and I am not trying be angry or starcastic about the matter, but it has been about six months and I haven received a ruling yet on my appeal motion for correction of sentence, and I know that Patints is a virtue in my situation, but Please consider what I have stated to you in this letter and motion of default of Judgement that I am sending to you and please keep in mind that the rule 35 A motion for correction of sentence was granted in Superior Court by the Judge honorable William C Carpenter and he took back two years and seven months because he believed that it was unfair, rare and unusual that a person could be violated twice while on Parole and Probation when I never started my ten years Probation yet, in which was suppose to have begin after I finished my Parole and Judge Carpenter believed that it was double Punishment on my behalf by me receiving the ten years Probation that I never started as a level five sentence, but he didn't take the whole ten years back off of my sentence, but only two years and seven months in which the whole ten years should of been tooken off my senten because I never begin to start the ten years so

Probation at all, so I will very truely appreciate that you Judge Farnan will take this in account and grant my Appeal motion for Correction of Sentence and default of Judge motion as well and ~~advocate~~ take back seven years, five months ~~my Sentences~~, Please get back to me as soon as you can. (Thank you very much)

    from Inmate Harry J. Smith
       Delaware Correctional Ct.
       Smyrna Delaware
       SBI# 154166
       D-West Unit