IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

STATE of DELAWARE )
~~Warden~~ Plaintiff, Joseph Biden Jr. III )
Thomas Carroll, Attorney )
~~Phelps~~ v.  General )        Civil Action No. VN96-12-0965-01
                              )        Request to Enter Default
                              )        1:07-CV-408 JJF
HARRY J. Smith       , et al, )        ID# 981204656
         Defendant.           )

MOTION FOR ENTRY OF DEFAULT JUDGMENT, RULE 55 (a)

To Federal District Court, Clerk of the United States District Court for the District of Delaware:

Upon motion of Default of Judgement, Plaintiff request that the Clerk of the Court Enter a Default against the Defendant's for failure to plead or otherwise defend or respond to Rule 35A appeal as provided by the Federal Rules of Civil Procedure, as appears from the Affidavit for Entry of Default hereto attached. The STATE of DELAWARE is the Plaintiff in the above-entitled action; that the 3rd extension motion in this action were served on defendant on December 5th, 2007, as appears from the Attorney General Office, that the time within which the Defendant's may answer or otherwise moves as to the Extension time has expired, that Defendant's has not answered or otherwise moved and that the time for Defendants to answer or otherwise move has not been extended.

Dated: 5/17/08            Harry J. Smith

                          Delaware Correctional Center
                          1181 Paddock road
                          Smyrna, DE 19977

FILED
MAY 20 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

STATE OF DELAWARE, )
Warden Plaintiff, Joseph Biden Jr. III )
Thomas Carroll, Attorney )
Phelps v. General )   Civil Action No. VN96-12-0965-01
 )   ID# 9812046 56
 )
HARRY J. SMITH ____, et al, )
 Defendant. )

STATE OF DELAWARE )
 ) ss.:
COUNTY OF NEW Castle )

AFFIDAVIT FOR ENTRY OF DEFAULT

I HARRY J. SMITH _____, being duly sworn, deposes and say that Joseph Biden Jr. III Attorney-Thomas Carroll General is the Plaintiff in the above-entitled action; that the Extension motion _____ in this action were served on Defendant on December 5th, 2007, as appears from the Attorney General Office ____, that the time within which the Defendant's may answer or otherwise moves as to the Extension time deadline of date → 12-19-07 has expired, that Defendants has not answered or otherwise moved and that the time for defendants to answer or otherwise move has not been extended.

_____Harry J. Smith_____
Signature of Affiant

Subscribed and sworn to before me this __8th__ day of __May__, 200_8_

_____Timothy J. Marts_____
NOTARY PUBLIC
Commission Expires: June 14, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

STATE of DELAWARE )
Warden Plaintiff, Joseph Biden Jr. III )
Thomas Carroll, Attorney )
Phelps v.          General! )          Civil Action No. 1:07-CV-408
                                   )   Vn96-12-0965-01
                                   )   Request to Enter Default
HARRY J. SMITH        , et al,     )   ID#981204656
       Defendant.                  )

ORDER

NOW THEREFORE, The Clerk of the Court is satisfied, by the moving party's affidavit or otherwise, the defaulting party has failed to plead or otherwise defend, IT IS HEREBY ORDER that:

1. Plaintiff's Motion under Fed. R. Civ. P. 55(a) is <u>GRANTED</u>.

2. The defaulting Defendants is deemed to have admitted all well-pleaded allegation in the _____

_____                    _____
Date                                 United States District Court Clerk

**Other Orders/Judgments**
1:07-cv-00408-JJF Smith v. Carroll et al
HABEAS, PaperDocuments

U.S. District Court

District of Delaware

**Notice of Electronic Filing**

The following transaction was entered on 12/5/2007 at 7:58 AM EST and filed on 12/5/2007
**Case Name:**       Smith v. Carroll et al
**Case Number:**     1:07-cv-408
**Filer:**
**Document Number:** No document attached

**Docket Text:**
SO ORDERED, re [16] Third MOTION for Extension of Time to File *Certified State Court Records* filed by Thomas Carroll, Attorney General of State of Delaware, ORDER, Setting Deadlines: Notice of Compliance deadline set for 12/19/2007 for filing of State Court Records. Signed by Judge Joseph J. Farnan, Jr. on 12/5/07. (dab)


**1:07-cv-408 Notice has been electronically mailed to:**
James Turner Wakley  james.wakley@state.de.us

**1:07-cv-408 Notice has been delivered by other means to:**

Harry J. Smith
SBI #154166
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

## Certificate of Service

I, **I HARRY J. SMITH**, hereby certify that I have served a true And correct cop(ies) of the attached: **Default of Judgement Motion** upon the following parties/person (s):

TO: U.S. District Court Judge Joseph J. Farnan, Jr. United States District Court 844 N. King Street, Lockbox 18 Wilmington, DE 19801-3570

TO: Warden PHelps Delaware Correctional Center 1181 Paddock Road Smyrna, Delaware Zip Code 19977

TO: Attorney General Office Thomas Carroll Joseph Biden Jr. III of the State of Delaware 820 North french Street Wilmington, Delaware 19801

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE**, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _____ day of _____ ,200__

I/M HARRY J. SMITH
SBI# 154166   UNIT DW
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
19 MAY 2008 PM 2 L

To Office of the Clerk
United States District Ct.
844 N. King Street LockBox-18
Wilmington, Delaware
19801-3570