D.I. # _____

# CIVIL ACTION
# NUMBER: _____ 07cv408 JJF _____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WILMINGTON DE 19801

| | | |
|---|---|---|
| Postage | $ 0.79 | 0501 |
| Certified Fee | 2.70 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 2.20 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ 5.69 | 07/31/2008 |

07cv 408 JJF

Sent To: LOREN MEYERS
Street, Apt. No.; or PO Box No.: DEPUTY ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
City, State ZIP+4: 820 N. FRENCH STREET
WILMINGTON, DE 19801

PS Form 3800, August 2006          See Reverse for Instructions

7007 3020 0002 3324 6708