# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Civil Action No. 07cv408JJF

## RETURN OF SERVICE BY MAIL

The party listed on the *Return Receipt Card* below was served by registered mail, return receipt requested on the dated indicated on the card:

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   WARDEN PERRY PHELPS
   JAMES T. VAUGHN CORRECTIONAL CENTER
   1181 PADDOCK ROAD
   SMYRNA, DE 19977

   07cv408 JJF

2. Article Number (Transfer from service label): 7007 3020 0002 3324 6692

PS Form 3811, February 2004　　Domestic Return Receipt　　102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X C/o Hoof　☐ Agent　☑ Addressee

B. Received by (Printed Name): D. HOOFNAGLE

C. Date of Delivery: X-L-0\

D. Is delivery address different from item 1? ☐ Yes ☑ No
   If YES, enter delivery address below:

3. Service Type: ☑ Certified Mail　☐ Express Mail　☐ Registered　☐ Return Receipt for Merchandise　☐ Insured Mail　☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes