**D.I. #** _____

# CIVIL ACTION
# NUMBER: ___07- 408    JJF___

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

---

**SENDER: COMPLETE THIS SE...**

- Complete items 1, 2, and 3. Als
  item 4 if Restricted Delivery is d
- Print your name and address on the reverse
  so that we can return the card to you.
- Attach this card to the back of the mailpiece,
  or on the front if space permits.

X

A. Signature ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Kolby Vszlo

1. Article Addressed to:

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

LOREN MEYERS
DEPUTY ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
820 N. FRENCH STREET
WILMINGTON DE  19801

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7007 3020 0002 3324 6708

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540